1  Alan Harris (SBN 146079)
   HARRIS & RUBLE
2  6424 Santa Monica Boulevard
   Los Angeles, California 90038
3  Telephone: 323.962.3777

4  David S. Harris (SBN 215224)
   NORTH BAY LAW GROUP
5  116 E. Blithedale Avenue, Suite #2
   Mill Valley, California  94941-2024
6  Telephone: 415.388.8788

7  James D. Rush (SBN 240284)
   LAW OFFICES OF JAMES D. RUSH, APC
8  7665 Redwood Boulevard, Suite 200
   Novato, CA 94945
9  Telephone: 415.897.4801

10 Attorneys for Plaintiffs
   NICOLA COVILLO and TROYREAC HENRY

11 
   ROBERT PATTISON (SBN 103528)
12 JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
13 San Francisco, California  94105
   Telephone:  (415) 394-9400
14 Facsimile:  (415) 394-9401

15 Attorneys for Defendants
   SPECIALTY'S CAFE AND BAKERY, INC.,
16 CRAIG SAXTON and DAWN SAXTON

17 
                  UNITED STATES DISTRICT COURT
18 
                  NORTHERN DISTRICT OF CALIFORNIA
19 

20 NICOLA COVILLO and TROYREAC           Case No.   11-CV-00594-DMR
   HENRY, individually and on behalf of all
21 others similarly situated,              **STIPULATION AND [~~PROPOSED~~]
                                           ORDER CONTINUING ADR DEADLINE**
22               Plaintiffs,

23      v.

24 SPECIALTY'S CAFE AND BAKERY, INC.,
   CRAIG SAXTON and DAWN SAXTON,
25
                 Defendants.
26

27

28
                                   -1-

The parties hereby stipulate as follows:

WHEREAS, on or about May 18, 2011, the instant matter was referred to panel mediation through the ADR Department of the Northern District of California. Thereafter, the ADR Department appointed Ms. Judith Droz Keyes as the Mediator. The parties' current deadline to complete mediation is August 16, 2011;

WHEREAS, the parties originally scheduled to engage in mediation with Ms. Droz Keyes on August 3, 2011. Prior to the August 3rd mediation, the parties, along with Ms. Droz Keyes, mutually agreed to continue the mediation in order to allow additional time to exchange information and documentation relevant to the claims and mediation;

WHEREAS, a Further Case Management Conference is currently scheduled to take place on September 21, 2011 at 1:30 p.m., before the Honorable Magistrate Judge Donna M. Ryu. The parties Case Management Conference Statement is due to be filed by September 14, 2011;

WHEREAS, after conferring with the mediator, the parties respectfully request that the Court grant a 30-day continuance of the parties' mediation deadline as the parties are in need of additional time in order to exchange additional information and documentation to ensure the mediation session is as productive as possible; and

WHEREAS, pending the Court's approval, the parties and Ms. Judith Droz Keyes have rescheduled the mediation to take place on September 13, 2011.

///
///
///
///
///
///
///
///
///

1  IT IS THEREFORE STIPULATED AND AGREED that the parties shall complete
2  mediation on or before September 13, 2011.  The parties shall file a Joint Case Management
3  Statement on September 14, 2011, advising the Court regarding the results of the parties'
4  mediation.

5  **IT IS SO STIPULATED.**

6                                              Respectfully submitted,

7  Date: August 4, 2011                        HARRIS & RUBLE

8                                              By _____
9                                                       Alan Harris

10                                             Attorneys for Plaintiffs
                                               NICOLA COVILLO and TROYREAC
11                                             HENRY

12
13  Date: August 4, 2011                       JACKSON LEWIS LLP

14                                             By _____
                                                        Robert Pattison
15                                             Attorneys for Defendants
                                               SPECIALTY'S CAFE AND BAKERY, INC.,
16                                             CRAIG SAXTON and DAWN SAXTON

17  **IT IS HEREBY ORDERED AS FOLLOWS:**

18      The parties shall complete mediation on or before September 13, 2011.  The Case
19  Management Conference will take place, as currently scheduled, on September 21, 2011.  The
20  parties shall file a Joint Case Management Statement at least one week prior to the Conference.

21
22  DATED:  August _8_, 2011              _____
                                               Honorable Donna M. Ryu
23                                             *United States Magistrate Judge*

24
25
26
27
28

-3-
STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING ADR DEADLINE
Case No.:  11-CV-00594-DMR