Alan Harris (SBN 146079)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: 323.962.3777
Facsimile: 323.962.3004
aharris@harrisandruble.com

David S. Harris (SBN 215224)
NORTH BAY LAW GROUP
116 E. Blithedale Avenue, Suite #2
Mill Valley, California 94941-2024
Telephone: 415.388.8788
Facsimile: 415.388.8770
dsh@northbaylawgroup.com

James Rush (SBN 240284)
LAW OFFICES OF JAMES D. RUSH
7665 Redwood Blvd.
Suite 200
Novato, California 94945-1405
Telephone: 415.897.4801
Facsimile: 415.897.5316
jr@rushlawoffices.com

Attorneys for Plaintiffs
Nicola Covillo, Troyreac Henry
and John Chisholm

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLA COVILLO and TROYREAC HENRY, JOHN CHISHOLM, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>SPECIALTY'S CAFE AND BAKERY, INC., a corporation, and CRAIG SAXTON, an individual,<br><br>                Defendants. | Case No. 11-CV-00594-DMR<br><br>*Assigned to Hon. Donna M. Ryu*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT** |

1

1    IT IS HEREBY ORDERED, upon review of the Joint Stipulation of the parties

2    filed herewith and for good cause shown:

3        1.    The proposed Second Amended Complaint attached as Exhibit 1 to the Joint

4    Stipulation for Leave for Plaintiffs to file Second Amended Complaint shall be deemed

5    filed as of the date the Court enters this Order.

6        2.    Defendants shall file an answer or otherwise respond to the Second

7    Amended Complaint within twenty-one (21) days of the date the Court executes this

8    Order permitting the filing of the Second Amended Complaint.

9

10    IT IS SO ORDERED.

11

12

13    DATED: 2/14/2012 _____

14                                                    The Honorable Donna M. Ryu
                                                      United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT