Alan Harris (SBN 146079)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: 323.962.3777
Facsimile: 323.962.3004
aharris@harrisandruble.com

David S. Harris (SBN 215224)
NORTH BAY LAW GROUP
116 E. Blithedale Avenue, Suite #2
Mill Valley, California 94941-2024
Telephone: 415.388.8788
Facsimile: 415.388.8770
dsh@northbaylawgroup.com

James Rush (SBN 240284)
LAW OFFICES OF JAMES D. RUSH
7665 Redwood Blvd.
Suite 200
Novato, California 94945-1405
Telephone: 415.897.4801
Facsimile: 415.897.5316
jr@rushlawoffices.com

Attorneys for Plaintiffs
Nicola Covillo, Troyreac Henry
and John Chisholm

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLA COVILLO and TROYREAC HENRY, JOHN CHISHOLM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPECIALTY'S CAFE AND BAKERY, INC., a corporation, and CRAIG SAXTON, an individual,<br><br>Defendants. | Case No. 11-CV-00594-DMR<br><br>*Assigned to Hon. Donna M. Ryu*<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT |

1  IT IS HEREBY ORDERED, upon review of the Joint Stipulation of the parties filed herewith and for good cause shown:

1. The proposed Second Amended Complaint attached as Exhibit 1 to the Joint Stipulation for Leave for Plaintiffs to file Second Amended Complaint shall be deemed filed as of the date the Court enters this Order.

2. Defendants shall file an answer or otherwise respond to the Second Amended Complaint within twenty-one (21) days of the date the Court executes this Order permitting the filing of the Second Amended Complaint.

IT IS SO ORDERED.

DATED: 2/14/2012

GRANTED
Judge Donna M. Ryu

The Honorable Donna M. Ryu
United States Magistrate Judge