UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLA COVILLO, et al., | No. C 11-00594 DMR |
| Plaintiffs, | **ORDER RE: LETTERS FILED BY PLAINTIFFS** |
| v. | |
| SPECIALTY'S CAFÉ AND BAKERY, INC., et al., | |
| Defendants. | |
| _____/ | |

The court is in receipt of Plaintiffs' letters regarding discovery disputes "without input from Defendants." Doc. nos. 46, 47. The parties are hereby ORDERED to meet and confer in person or by telephone, pursuant to the court's standing order, and to file a joint letter regarding any remaining discovery disputes by April 30, 2012.

IT IS SO ORDERED.

Dated: April 20, 2012

_____
DONNA M. RYU
United States Magistrate Judge