UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLA COVILLO, et al., | No. C-11-00594 DMR |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SPECIALTY'S CAFÉ, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Further Case Management Conference previously scheduled for July 11, 2012 has been CONTINUED to **July 26, 2012 at 11:00 a.m.,** to be held concurrently with the hearing on Defendants' motion to compel arbitration, in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The joint Case Management Statement is due no later than **July 19, 2012.**

IT IS SO ORDERED.

Dated: July 2, 2012

DONNA M. RYU
United States Magistrate Judge