UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICOLA COVILLO, *et al.*,

    Plaintiffs,

    v.

SPECIALTYS CAFE, *et al.*,

    Defendants.
_____/

No. C-11-00594 DMR

**ORDER REQUIRING DEFENDANTS TO SUBMIT SUPPLEMENTAL INFORMATION IN SUPPORT OF MOTION TO COMPEL ARBITRATION**

    Defendants Specialty's Cafe and Bakery, Inc. and Craig Saxton are hereby ORDERED to submit complete copies of the Hourly Employee Employment Handbook and Team Member Handbook that were provided in excerpted form as attachments to the Havas Declaration in support of Defendants' motion to compel arbitration. Defendants must file these documents by 5:00 p.m. on July 23, 2012. Chambers copies of the electronically filed documents must be delivered to the court by no later than 12 noon on July 24, 2012.

    IT IS SO ORDERED.

Dated: July 20, 2012

                                                   DONNA M. RYU
                                                 United States Magistrate Judge