UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLA COVILLO, *et al.*, | No. C-11-00594 DMR |
| Plaintiffs, | **ORDER REQUIRING DEFENDANTS TO SUBMIT SUPPLEMENTAL INFORMATION IN SUPPORT OF MOTION TO COMPEL ARBITRATION** |
| v. | |
| SPECIALTYS CAFE, *et al.*, | |
| Defendants. | |

Defendants Specialty's Cafe and Bakery, Inc. and Craig Saxton are hereby ORDERED to submit complete copies of the Hourly Employee Employment Handbook and Team Member Handbook that were provided in excerpted form as attachments to the Havas Declaration in support of Defendants' motion to compel arbitration.  Defendants must file these documents by 5:00 p.m. on July 23, 2012.  Chambers copies of the electronically filed documents must be delivered to the court by no later than 12 noon on July 24, 2012.

IT IS SO ORDERED.

Dated: July 20, 2012

DONNA M. RYU
United States Magistrate Judge