Alan Harris (State Bar No. 146079)
Priya Mohan (State Bar No. 228984)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone:    (323) 962-3777
Facsimile:    (323) 962-3004
E-mail:  aharris@harrisandruble.com

Attorneys for Plaintiffs
NICOLA COVILLO, TROYREAC HENRY
and JOHN CHISHOLM


Robert M. Pattison (State Bar No. 103528)
Joanna L. Brooks (State Bar No. 182986)
Punam Sarad (State Bar No. 217091)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone:    (415) 394-9400
Facsimile:    (415) 394-9401
Email:  pattisonr@jacksonlewis.com
         brooksj@jacksonlewis.com
         saradp@jacksonlewis.com

Attorneys for Defendants
SPECIALTY'S CAFÉ & BAKERY, INC.
and CRAIG SAXTON

[ADDITIONAL COUNSEL LISTED ON NEXT PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLA COVILLO and TROYREAC HENRY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPECIALTY'S CAFÉ AND BAKERY, INC., CRAIG SAXTON and DAWN SAXTON,<br><br>Defendants. | Case No. 4:11-cv-00594 DMR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE HEARING ON SPECIALTY'S CAFÉ AND BAKERY, INC.'S MOTION TO COMPEL ARBITRATION AND FURTHER CASE MANAGEMENT CONFERENCE** |

David S. Harris (State Bar No. 215224)
NORTH BAY LAW GROUP
116 E. Blithedale Avenue, Suite 2
Mill Valley, California 94941-2024
Telephone: (415) 388-8788
Facsimile: (415) 388-8770
E-mail: dsh@northbaylawgroup.com

James D. Rush (State Bar No. 240284)
LAW OFFICES OF JAMES D. RUSH, APC
7665 Redwood Boulevard, Suite 200
Novato, California 94945
Telephone: (415) 897-4801
Facsimile: (415) 897-5316
E-mail: jr@rushlawoffices.com

Additional Attorneys for Plaintiffs
NICOLA COVILLO, TROYREAC HENRY
and JOHN CHISHOLM

## **STIPULATION**

The parties hereby stipulate as follows:

WHEREAS, Defendant Specialty's Café & Bakery, Inc' ("Defendant") filed a Motion to Compel Arbitration (the "Motion") on June 19, 2012;

WHEREAS, Plaintiffs filed their Opposition papers on July 3, 2012;

WHEREAS, Defendant filed its Reply papers on July 10, 2012;

WHEREAS, on July 20, 2012 the Court ordered that Defendant submit supplemental information in support of the Motion by July 23, 2012;

WHEREAS, on July 23, 2012, Defendant submitted a supplemental filing in support of the Motion;

WHEREAS, the hearing on the Motion and a Further Case Management Conference are currently scheduled to take place on Thursday, July 26, 2012 at 11:00 a.m., before the Honorable Magistrate Judge Donna M. Ryu;

WHEREAS, Plaintiffs' counsel is involved in a state court case in Los Angeles Superior Court where he represents a plaintiff seeking a contempt order. The court in the state court action recently ordered that the contempt hearing be resumed on Thursday, July 26, 2012 at 8:30 a.m. in Los Angeles. Plaintiff's counsel must appear in person at the hearing in Los Angeles in order to cross-examine witnesses;

WHEREAS, the parties respectfully request that the Court continue the Further Case Management Conference and the hearing on the Motion to a date convenient to the Court, after August 1, 2012.

IT IS THEREFORE STIPULATED AND AGREED that the Further Case Management Conference and the hearing on Defendant Specialty's Café & Bakery, Inc.'s Motion to Compel Arbitration be continued until after August 1, 2012.

**IT IS SO STIPULATED.**

Respectfully submitted,

Date: July 24, 2012                HARRIS & RUBLE

By    /s/
    Alan Harris
Attorneys for Plaintiffs
NICOLA COVILLO and TROYREAC HENRY

Date: July 24, 2012                JACKSON LEWIS LLP

By
    Robert M. Pattison
Attorneys for Defendants
SPECIALTY'S CAFE AND BAKERY, INC., and CRAIG SAXTON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED AS FOLLOWS:**

The Further Case Management Conference and Hearing on Defendant Specialty's Café & Bakery, Inc.'s Motion to Compel Arbitration previously scheduled for July 24, 2012 will be continued to <u>August 9</u>, 2012 at ~~1:30 p.m~~. 11:00 a.m. Courtroom information will be available on the court website at least one week before the hearing.

DATED: July 24, 2012  _____
Honorable Donna M. Ryu
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

4
STIP. AND [PROPOSED] ORDER CONT. THE HEARING ON MOT. TO COMPEL ARB.
Case No. 4:11-cv-00594 DMR