1  Alan Harris (State Bar No. 146079)
   Priya Mohan (State Bar No. 228984)
2  HARRIS & RUBLE
   6424 Santa Monica Boulevard
3  Los Angeles, California 90038
   Telephone:    (323) 962-3777
4  Facsimile:     (323) 962-3004
   E-mail:  aharris@harrisandruble.com
5
   Attorneys for Plaintiffs
6  NICOLA COVILLO, TROYREAC HENRY
   and JOHN CHISHOLM
7
8  Robert M. Pattison (State Bar No. 103528)
   Joanna L. Brooks (State Bar No. 182986)
9  Punam Sarad (State Bar No. 217091)
   JACKSON LEWIS LLP
10 199 Fremont Street, 10th Floor
   San Francisco, California 94105
11 Telephone:    (415) 394-9400
   Facsimile:     (415) 394-9401
12 Email:  pattisonr@jacksonlewis.com
           brooksj@jacksonlewis.com
13         saradp@jacksonlewis.com

14 Attorneys for Defendants
   SPECIALTY'S CAFÉ & BAKERY, INC.
15 and CRAIG SAXTON

16 [ADDITIONAL  COUNSEL  LISTED  ON  NEXT
   PAGE]
17

18              UNITED STATES DISTRICT COURT

19            NORTHERN DISTRICT OF CALIFORNIA

20

21 NICOLA COVILLO and TROYREAC HENRY,    Case No. 4:11-cv-00594 DMR
   individually and on behalf of all others similarly
22 situated,                                         **STIPULATION AND [PROPOSED]
                                                     ORDER CONTINUING THE HEARING
23                    Plaintiffs,                    ON SPECIALTY'S CAFÉ AND
                                                     BAKERY, INC.'S MOTION TO
24          v.                                       COMPEL ARBITRATION AND
                                                     FURTHER CASE MANAGEMENT
25 SPECIALTY'S CAFÉ AND BAKERY, INC.,                CONFERENCE**
   CRAIG SAXTON and DAWN SAXTON,
26
                    Defendants.
27

28
                                    1
   STIP. AND [PROPOSED] ORDER CONT. THE HEARING ON MOT. TO COMPEL ARB.
                              Case No. 4:11-cv-00594 DMR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

David S. Harris (State Bar No. 215224)
NORTH BAY LAW GROUP
116 E. Blithedale Avenue, Suite 2
Mill Valley, California 94941-2024
Telephone:  (415) 388-8788
Facsimile:  (415) 388-8770
E-mail:  dsh@northbaylawgroup.com

James D. Rush (State Bar No. 240284)
LAW OFFICES OF JAMES D. RUSH, APC
7665 Redwood Boulevard, Suite 200
Novato, California 94945
Telephone:  (415) 897-4801
Facsimile:  (415) 897-5316
E-mail:  jr@rushlawoffices.com

Additional Attorneys for Plaintiffs
NICOLA COVILLO, TROYREAC HENRY
and JOHN CHISHOLM

## **STIPULATION**

The parties hereby stipulate as follows:

WHEREAS, Defendant Specialty's Café & Bakery, Inc' ("Defendant") filed a

Motion to Compel Arbitration (the "Motion") on June 19, 2012;

WHEREAS, Plaintiffs filed their Opposition papers on July 3, 2012;

WHEREAS, Defendant filed its Reply papers on July 10, 2012;

WHEREAS, on July 20, 2012 the Court ordered that Defendant submit

supplemental information in support of the Motion by July 23, 2012;

WHEREAS, on July 23, 2012, Defendant submitted a supplemental filing in

support of the Motion;

WHEREAS, the hearing on the Motion and a Further Case Management

Conference are currently scheduled to take place on Thursday, July 26, 2012 at 11:00 a.m., before

the Honorable Magistrate Judge Donna M. Ryu;

WHEREAS, Plaintiffs' counsel is involved in a state court case in Los Angeles

Superior Court where he represents a plaintiff seeking a contempt order.  The court in the state

court action recently ordered that the contempt hearing be resumed on Thursday, July 26, 2012 at

8:30 a.m. in Los Angeles.  Plaintiff's counsel must appear in person at the hearing in Los Angeles

in order to cross-examine witnesses;

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, the parties respectfully request that the Court continue the Further Case Management Conference and the hearing on the Motion to a date convenient to the Court, after August 1, 2012.

IT IS THEREFORE STIPULATED AND AGREED that the Further Case Management Conference and the hearing on Defendant Specialty's Café & Bakery, Inc.'s Motion to Compel Arbitration be continued until after August 1, 2012.

**IT IS SO STIPULATED.**

Respectfully submitted,

Date:  July 24, 2012                              HARRIS & RUBLE

By____/s/_____
Alan Harris
Attorneys for Plaintiffs
NICOLA COVILLO and TROYREAC HENRY

Date:  July 24, 2012                              JACKSON LEWIS LLP

By_____
Robert M. Pattison
Attorneys for Defendants
SPECIALTY'S CAFE AND BAKERY, INC., and CRAIG SAXTON

STIP. AND [PROPOSED] ORDER CONT. THE HEARING ON MOT. TO COMPEL ARB.
Case No. 4:11-cv-00594 DMR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[~~PROPOSED~~] ORDER**

**IT IS HEREBY ORDERED AS FOLLOWS:**

The Further Case Management Conference and Hearing on Defendant Specialty's Café & Bakery, Inc.'s Motion to Compel Arbitration previously scheduled for July 24, 2012 will be continued to August 9, 2012 at ~~1:30 p.m.~~  11:00 a.m.  Courtroom information will be available on the court website at least one week before the hearing.

DATED:  July 24, 2012

_____
Honorable Donna M. Ryu
United States Magistrate Judge



STIP. AND [PROPOSED] ORDER CONT. THE HEARING ON MOT. TO COMPEL ARB.
Case No. 4:11-cv-00594 DMR
4