1  Alan Harris (SBN 146079)
   HARRIS & RUBLE
2  6424 Santa Monica Boulevard
   Los Angeles, California 90038
3  Telephone: 323.962.3777

4  David S. Harris (SBN 215224)
   NORTH BAY LAW GROUP
5  116 E. Blithedale Avenue, Suite #2
   Mill Valley, California 94941-2024
6  Telephone: 415.388.8788

7  James D. Rush (SBN 240284)
   LAW OFFICES OF JAMES D. RUSH, APC
8  7665 Redwood Boulevard, Suite 200
   Novato, CA 94945
9  Telephone: 415.897.4801

10 Attorneys for Plaintiffs
   NICOLA COVILLO, TROYREAC HENRY
11 and JOHN CHISHOLM

12 ROBERT PATTISON (SBN 103528)
   JACKSON LEWIS LLP
13 199 Fremont Street, 10th Floor
   San Francisco, California 94105
14 Telephone: (415) 394-9400
   Facsimile: (415) 394-9401
15
16 Attorneys for Defendants
   SPECIALTY'S CAFE AND BAKERY, INC.,
17 and CRAIG SAXTON

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20 NICOLA COVILLO, TROYREAC HENRY       Case No.  11-CV-00594-DMR
   and JOHN CHISHOLM, individually and on
21 behalf of all others similarly situated,    **STIPULATION AND [~~PROPOSED~~]
                                               ORDER CONTINUING DEADLINE TO
22                Plaintiffs,                  FILE JOINT LETTER REGARDING
                                               DISCOVERY DISPUTES**
23         v.

24 SPECIALTY'S CAFE AND BAKERY, INC.,
   and CRAIG SAXTON,
25
                  Defendants.
26

27
28

The parties hereby stipulate as follows:

WHEREAS, on or about April 17, 2012, Plaintiffs filed letters with the Court regarding Plaintiffs' issues with Defendant Specialty's Café and Bakery, Inc. and Defendant Craig Saxton's discovery responses. On April 20, 2012, the Court entered an Order requiring the parties to meet and confer regarding the discovery dispute. The parties' current deadline to file a joint letter regarding any discovery disputes is August 22, 2012;

WHEREAS, pursuant to the Court's April 20th Order, the parties have met and conferred on numerous occasions, and have resolved many of their discovery issues. On May 15, 2012, Defendants served amended and supplemental discovery responses. The Defendants also produced additional documents and information in anticipation of the parties' mediation, which took place on June 18, 2012;

WHEREAS, the parties' mediation proved unsuccessful and as a result, the parties have continued to meet and confer regarding the outstanding discovery disputes. As a result of these discussions, Defendants prepared amended responses to discovery requests and produced thousands of documents.

WHEREAS, in light of the progress made, on July 20, 2012, the Court agreed to extend the deadline to file a joint letter until August 22, 2012. Since that date the parties have made substantial progress with respect to discovery disputes. Since July 20, 2012, Defendants have produced

- all timecard data pertaining to members of the California class, as requested by Plaintiffs' counsel;
- all "coffee break" reports pertaining to members of the California class as requested by Plaintiffs' counsel;
- a report concerning all "dirty invoices" for the entire class period;
- management handbooks;
- documents showing the accounting of tips;
- documents showing the accounting of delivery fees;

-2-
STIPULATION AND [PROPOSED] ORDER
Case No.: 11-CV-00594-DMR

1 - a sample "house floor operations schedule" (based upon agreement with Plaintiffs' counsel); and

3 - a sample daily deployment chart (based upon agreement with Plaintiffs' counsel).

Defendants have also served Plaintiffs with Amended Responses to Request for Production of Documents, Set Two.

Defendants will also serve Amended Responses to Request for Production of Documents, Set One on or before August 21, 2012.

The parties have significantly narrowed the discovery-related issues in dispute over the last several months. The parties continue to meet and confer to narrow those issues. Thus, in order to avoid potentially unnecessary discovery motion practice, the parties request that the Court provide the parties with additional time to allow Defendants to modify further their responses and produce additional documents and information. Additionally, the parties request additional time to resolve any outstanding discovery issues that remain thereafter.

IT IS THEREFORE STIPULATED AND AGREED that to the extent there remain any outstanding discovery disputes, the parties' current deadline to file a joint letter shall be continued until August 29, 2012.

**IT IS SO STIPULATED.**

Respectfully submitted,

Date: August 20, 2012                          HARRIS & RUBLE

By          /s/
                 Alan Harris

Attorneys for Plaintiffs
NICOLA COVILLO, TROYREAC HENRY
and JOHN CHISHOLM

**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.**

///

///

-3-
STIPULATION AND [~~PROPOSED~~] ORDER
Case No.: 11-CV-00594-DMR

Date: August 20, 2012  JACKSON LEWIS LLP

By      /s/
Punam Sarad
Attorneys for Defendants
SPECIALTY'S CAFE AND BAKERY, INC.,
and CRAIG SAXTON

\*    \*    \*

**IT IS HEREBY ORDERED AS FOLLOWS:**

To the extent the parties are unable to resolve all discovery disputes through the continued meet and confer process, the parties shall file a joint letter on or before August 29, 2012.

DATED: August 21, 2012      _____
Honorable Donna M. Ryu
*United States Magistrate Judge*

4825-3893-4544, v. 1