UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICOLA COVILLO,

        Plaintiff(s),

v.

SPECIALTYS CAFE,

        Defendant(s).
_____/

No. C 11-00594 DMR

**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTION FOR CLASS CERTIFICATION**

The court is in receipt of the parties' joint letter regarding a proposed briefing schedule for Plaintiffs' expected motion for class certification. [Docket No. 86.] The court enters the following schedule for the motion: deadline for any motion for class certification: March 1, 2013; deadline to file any opposition to the motion: April 1, 2013; deadline to file any reply to the opposition: May 1, 2013. A hearing on the motion is set for **June 13, 2013 at 11:00 a.m.** in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California. The December 31, 2012 deadline for class certification-related discovery is hereby VACATED.

    IT IS SO ORDERED.

Dated: August 23, 2012

                                                                DONNA M. RYU
                                                                United States Magistrate Judge