**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLA COVILLO,<br><br>        Plaintiff(s),<br><br>  v.<br><br>SPECIALTYS CAFE,<br><br>        Defendant(s).<br>_____/ | No. C 11-00594 DMR<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTION FOR CLASS CERTIFICATION** |

The court is in receipt of the parties' joint letter regarding a proposed briefing schedule for Plaintiffs' expected motion for class certification. [Docket No. 86.] The court enters the following schedule for the motion: deadline for any motion for class certification: March 1, 2013; deadline to file any opposition to the motion: April 1, 2013; deadline to file any reply to the opposition: May 1, 2013. A hearing on the motion is set for **June 13, 2013 at 11:00 a.m.** in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California. The December 31, 2012 deadline for class certification-related discovery is hereby VACATED.

    IT IS SO ORDERED.

Dated: August 23, 2012

_____
DONNA M. RYU
United States Magistrate Judge