1  Alan Harris (SBN 146079)
   HARRIS & RUBLE
2  6424 Santa Monica Boulevard
   Los Angeles, California 90038
3  Telephone: 323.962.3777

4  David S. Harris (SBN 215224)
   NORTH BAY LAW GROUP
5  116 E. Blithedale Avenue, Suite #2
   Mill Valley, California 94941-2024
6  Telephone: 415.388.8788

7  James D. Rush (SBN 240284)
   LAW OFFICES OF JAMES D. RUSH, APC
8  7665 Redwood Boulevard, Suite 200
   Novato, CA 94945
9  Telephone: 415.897.4801

10 Attorneys for Plaintiffs
   NICOLA COVILLO, TROYREAC HENRY
11 and JOHN CHISHOLM

12 ROBERT PATTISON (SBN 103528)
   JACKSON LEWIS LLP
13 199 Fremont Street, 10th Floor
   San Francisco, California 94105
14 Telephone: (415) 394-9400
   Facsimile: (415) 394-9401
15
16 Attorneys for Defendants
   SPECIALTY'S CAFE AND BAKERY, INC.,
17 and CRAIG SAXTON

18                UNITED STATES DISTRICT COURT
19                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20  NICOLA COVILLO, TROYREAC HENRY and JOHN CHISHOLM, individually and on behalf of all others similarly situated, | Case No.   11-CV-00594-DMR |
| 22               Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE JOINT LETTER REGARDING DISCOVERY DISPUTES** |
| 23         v. | |
| 24  SPECIALTY'S CAFE AND BAKERY, INC., and CRAIG SAXTON, | |
| 26               Defendants. | |

27
28

-1-
STIPULATION AND [PROPOSED] ORDER
Case No.: 11-CV-00594-DMR

The parties hereby stipulate as follows:

WHEREAS, on or about April 17, 2012, Plaintiffs filed letters with the Court regarding Plaintiffs' issues with Defendant Specialty's Café and Bakery, Inc. and Defendant Craig Saxton's discovery responses. On April 20, 2012, the Court entered an Order requiring the parties to meet and confer regarding the discovery dispute. The parties' current deadline to file a joint letter regarding any discovery disputes is August 29, 2012;

WHEREAS, pursuant to the Court's April 20th Order, the parties have met and conferred on numerous occasions, and have resolved many of their discovery issues. On May 15, 2012, Defendants served amended and supplemental discovery responses. The Defendants also produced additional documents and information in anticipation of the parties' mediation, which took place on June 18, 2012;

WHEREAS, the parties' mediation proved unsuccessful and as a result, the parties have continued to meet and confer regarding the outstanding discovery disputes. As a result of these discussions, Defendants prepared amended responses to discovery requests and produced thousands of documents.

WHEREAS, in light of the progress made, on August 21, 2012, the Court agreed to extend the deadline to file a joint letter until August 29, 2012. Since that date the parties have continued to make progress with respect to discovery disputes.

Since July 20, 2012, Defendants have produced:
- all timecard data pertaining to members of the California class, as requested by Plaintiffs' counsel;
- all "coffee break" reports pertaining to members of the California class as requested by Plaintiffs' counsel;
- a report concerning all "dirty invoices" for the entire class period;
- management handbooks;
- documents showing the accounting of tips;
- documents showing the accounting of delivery fees;

- a sample "house floor operations schedule" (based upon agreement with Plaintiffs' counsel); and
- a sample daily deployment chart (based upon agreement with Plaintiffs' counsel).

Defendants have also served Plaintiffs with Amended Responses to Request for Production of Documents, Set Two.

Since August 20, 2012 Defendants have:

- served Plaintiffs with Second Amended Responses to Request for Production of Documents, Set Two
- served Plaintiffs with Second Amended Responses to Request for Production of Documents, Set One.

Since August 21, 2012, the parties have continued their meet and confer efforts and:

- Defendants have agreed to provide Plaintiff with further Amended Responses to Request for Production of Documents, Set One by August 30, 2012
- Defendants have agreed to provide Plaintiffs with Third Amended Responses to Request for Production of Documents, Set Two by August 30, 2012
- Defendants have agreed to provide Plaintiffs with Amended Responses to Request for Production of Documents, Set Three by August 30, 2012.

The parties continue to meet and confer to address outstanding discovery-related issues. These issues include, without limitation, the following:

- E-mail correspondence. Defendants have conducted an initial search of e-mail correspondence based on a set of over 60 search terms for several custodians over the course of the class period. Defendants maintain the costs associated with reviewing and producing such data are prohibitive and unduly burdensome. Given the significant volume of data captured by an initial search of e-mail correspondence, in order to avoid the production of duplicate email correspondence, Plaintiffs have agreed to explore providing Defendants with a refined list of search terms with which to conduct an e-mail search.

1  • Defendants have agreed to further explore the production of TMX-related data.

2  The parties have significantly narrowed the discovery-related issues in dispute over the last

3  several months.  The parties continue to meet and confer to narrow those issues.  Thus, to avoid

4  potentially unnecessary discovery motion practice, the parties request the Court provide the parties

5  with additional time to allow Defendants to modify further their responses and produce additional

6  documents and information.  Additionally, the parties request additional time to resolve any

7  outstanding discovery issues that remain thereafter.

9  IT IS THEREFORE STIPULATED AND AGREED that to the extent there remain any

10 outstanding discovery disputes, the parties' current deadline to file a joint letter shall be continued

11 until September 7, 2012.

12 **IT IS SO STIPULATED.**

13                                                            Respectfully submitted,

14 Date: August 28, 2012                         NORTH BAY LAW GROUP

15                                                            By     /s/
16                                                                   David Harris

17                                                            Attorneys for Plaintiffs
                                                               NICOLA COVILLO, TROYREAC HENRY
18                                                            and JOHN CHISHOLM

19 Date: August 28, 2012                         JACKSON LEWIS LLP

20                                                            By     /s/
                                                                      Punam Sarad
21
                                                               Attorneys for Defendants
22                                                            SPECIALTY'S CAFE AND BAKERY, INC.,
                                                               and CRAIG SAXTON
23

24 **IT IS HEREBY ORDERED AS FOLLOWS:**

25 To the extent the parties are unable to resolve all discovery disputes through the continued

26 meet and confer process, the parties shall file a joint letter on or before September 7, 2012.

27 DATED:  August 29, 2012                     _____
                                                               Honorable Donna M. Ryu
28                                                            *United States Magistrate Judge*

-4-

STIPULATION AND [PROPOSED] ORDER
Case No.:  11-CV-00594-DMR