1   Alan Harris (SBN 146079)
    HARRIS & RUBLE
2   6424 Santa Monica Boulevard
    Los Angeles, California 90038
3   Telephone:  323.962.3777

4   David S. Harris (SBN 215224)
    NORTH BAY LAW GROUP
5   116 E. Blithedale Avenue, Suite #2
    Mill Valley, California  94941-2024
6   Telephone: 415.388.8788

7   James D. Rush (SBN 240284)
    LAW OFFICES OF JAMES D. RUSH, APC
8   7665 Redwood Boulevard, Suite 200
    Novato, CA 94945
9   Telephone: 415.897.4801

10  Attorneys for Plaintiffs
    NICOLA COVILLO, TROYREAC HENRY
11  and JOHN CHISHOLM

12  ROBERT PATTISON (SBN 103528)
    JACKSON LEWIS LLP
13  199 Fremont Street, 10th Floor
    San Francisco, California  94105
14  Telephone:  (415) 394-9400
    Facsimile:  (415) 394-9401
15

16  Attorneys for Defendants
    SPECIALTY'S CAFE AND BAKERY, INC.,
17  and CRAIG SAXTON

18                  UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20  NICOLA COVILLO, TROYREAC HENRY          Case No.   11-CV-00594-DMR
    and JOHN CHISHOLM, individually and on
21  behalf of all others similarly situated,
                                            **STIPULATION AND [~~PROPOSED~~]**
22                 Plaintiffs,              **ORDER CONTINUING DEADLINE TO**
                                            **FILE JOINT LETTER REGARDING**
23          v.                              **DISCOVERY DISPUTES**

24  SPECIALTY'S CAFE AND BAKERY, INC.,
    and CRAIG SAXTON,
25
                   Defendants.
26

27

28
                                    -1-

1    The parties hereby stipulate as follows:

2    WHEREAS, on or about April 17, 2012, Plaintiffs filed letters with the Court regarding

3    Plaintiffs' issues with Defendant Specialty's Café and Bakery, Inc. and Defendant Craig Saxton's

4    discovery responses.  On April 20, 2012, the Court entered an Order requiring the parties to meet

5    and confer regarding the discovery dispute.  The parties' current deadline to file a joint letter

6    regarding any discovery disputes is September 7, 2012;

7    WHEREAS, pursuant to the Court's April 20th Order, the parties have met and conferred

8    on numerous occasions, and have resolved many of their discovery issues.  On May 15, 2012,

9    Defendants served amended and supplemental discovery responses.  The Defendants also

10   produced additional documents and information in anticipation of the parties' mediation, which

11   took place on June 18, 2012;

12   WHEREAS, the parties' mediation proved unsuccessful and as a result, the parties have

13   continued to meet and confer regarding the outstanding discovery disputes.  As a result of these

14   discussions, Defendants prepared amended responses to discovery requests and produced

15   thousands of documents.

16   Since July 20, 2012, Defendants have produced:

17   - all timecard data pertaining to members of the California class, as requested by

18     Plaintiffs' counsel;

19   - all "coffee break" reports pertaining to members of the California class as requested

20     by Plaintiffs' counsel;

21   - a report concerning all "dirty invoices" for the entire class period;

22   - management handbooks;

23   - documents showing the accounting of tips;

24   - documents showing the accounting of delivery fees;

25   - a sample "house floor operations schedule" (based upon agreement with Plaintiffs'

26     counsel); and

27   - a sample daily deployment chart (based upon agreement with Plaintiffs' counsel).

28

-2-

1    Defendants have also

2       • served Plaintiffs with Second Amended Responses to Request for Production of

3          Documents, Set Two

4       • served Plaintiffs with Second Amended Responses to Request for Production of

5          Documents, Set One.

6       • served Plaintiffs with Third Amended Responses to Request for Production of

7          Documents, Set One

8       • served Plaintiffs with Third Amended Responses to Request for Production of

9          Documents, Set Two

10      • served Plaintiffs with First Amended Responses to Request for Production of

11         Documents, Set Three.

12       By  September 11, 2012, Defendants will produce further documents which are responsive

13   to Plaintiffs' requests.  By September 12, 2012 Defendants will provide Plaintiffs' counsel with

14   further information regarding TMX.

15       The parties continue to meet and confer to address outstanding discovery-related issues.

16   These issues include, without limitation, e-mail correspondence and TMX-related data.

17       The parties have significantly narrowed the discovery-related issues in dispute over the last

18   several months.  The parties continue to meet and confer to narrow those issues.  Thus, to avoid

19   potentially unnecessary discovery motion practice, the parties request the Court provide the parties

20   with additional time to allow Defendants to modify further their responses and produce additional

21   documents and information.  Additionally, the parties request additional time to resolve any

22   outstanding discovery issues that remain thereafter.

23

24       IT IS THEREFORE STIPULATED AND AGREED that to the extent there remain any

25   outstanding discovery disputes, the parties' current deadline to file a joint letter shall be continued

26   until September 17, 2012.

27       **IT IS SO STIPULATED.**

28

-3-

1

2

Respectfully submitted,

Date: September 6, 2012                                NORTH BAY LAW GROUP

3

By _____/s/_____
              David Harris

4

5

Attorneys for Plaintiffs
NICOLA COVILLO, TROYREAC HENRY
and JOHN CHISHOLM

6

7

Date: September 6, 2012                                JACKSON LEWIS LLP

By _____/s/_____
              Punam Sarad

8

9

Attorneys for Defendants
SPECIALTY'S CAFE AND BAKERY, INC.,
and CRAIG SAXTON

10

11

**IT IS HEREBY ORDERED AS FOLLOWS:**

12

To the extent the parties are unable to resolve all discovery disputes through the continued

13

meet and confer process, the parties shall file a joint letter on or before September 17, 2012.

14

15

DATED:  September _7_, 2012      _____

16

Honorable Donna M. Ryu
*United States Magistrate Judge*

17

18

19

20

21

22

23

24

25

26

27

28

-4-