Alan Harris (SBN 146079)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777

David S. Harris (SBN 215224)
NORTH BAY LAW GROUP
116 E. Blithedale Avenue, Suite 2
Mill Valley, California 94941-2024
Telephone: (415) 388-8788

James D. Rush (SBN 240284)
LAW OFFICES OF JAMES D. RUSH, APC
7665 Redwood Boulevard, Suite 200
Novato, California 94945
Telephone: (415) 897-4801

Attorneys for Plaintiffs
NICOLA COVILLO, TROYREAC HENRY,
and JOHN CHISHOLM

Robert M. Pattison (SBN 103528)
JoAnna L. Brooks (SBN 182986)
Punam Sarad (SBN 217091)
David T. Wang (SBN 275015)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendants
SPECIALTY'S CAFE AND BAKERY, INC.,
and CRAIG SAXTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| NICOLA COVILLO, TROYREAC HENRY and JOHN CHISHOLM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPECIALTY'S CAFE AND BAKERY, INC., and CRAIG SAXTON,<br><br>Defendants. | Case No. 11-CV-00594-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE JOINT LETTER REGARDING DISCOVERY DISPUTES** |

The parties hereby stipulate as follows:

WHEREAS, on or about April 17, 2012, Plaintiffs filed letters with the Court regarding Plaintiffs' issues with Defendant Specialty's Café and Bakery, Inc. and Defendant Craig Saxton's discovery responses. On April 20, 2012, the Court entered an Order requiring the parties to meet and confer regarding the discovery dispute. The parties' current deadline to file a joint letter regarding any discovery disputes is September 7, 2012;

WHEREAS, pursuant to the Court's April 20 Order, the parties have met and conferred on numerous occasions, and have resolved many of their discovery issues. On May 15, 2012, Defendants served amended and supplemental discovery responses. The Defendants also produced additional documents and information in anticipation of the parties' mediation, which took place on June 18, 2012;

WHEREAS, the parties' mediation proved unsuccessful and as a result, the parties have continued to meet and confer regarding the outstanding discovery disputes. As a result of these discussions, Defendants prepared amended responses to discovery requests and produced thousands of documents.

Since July 20, 2012, Defendants have produced:

- all timecard data pertaining to members of the California class, as requested by Plaintiffs' counsel;
- all "coffee break" reports pertaining to members of the California class as requested by Plaintiffs' counsel;
- a report concerning all "dirty invoices" for the entire class period;

- management handbooks;
- documents showing the accounting of tips;
- documents showing the accounting of delivery fees;
- a sample "house floor operations schedule" (based upon agreement with Plaintiffs' counsel); and
- a sample daily deployment chart (based upon agreement with Plaintiffs' counsel).

Defendants have also

- served Plaintiffs with Second Amended Responses to Request for Production of Documents, Set Two;
- served Plaintiffs with Second Amended Responses to Request for Production of Documents, Set One;
- served Plaintiffs with Third Amended Responses to Request for Production of Documents, Set One;
- served Plaintiffs with Third Amended Responses to Request for Production of Documents, Set Two; and
- served Plaintiffs with First Amended Responses to Request for Production of Documents, Set Three.

On September 11, 2012, Defendants produced further documents which are responsive to Plaintiffs' requests. On September 12, 2012 Defendants provided Plaintiffs' counsel with further information regarding TMX.

The parties continue to meet and confer to address outstanding discovery-related issues. These issues include, without limitation, e-mail correspondence. Counsel for all parties will meet and confer on September 17, 2012. Plaintiffs' counsel will provide defense counsel a draft of Plaintiffs' portion of the joint letter by September 20 at 12:30 p.m.

The parties have significantly narrowed the discovery-related issues in dispute over the last several months. The parties continue to meet and confer to narrow those issues. Thus, to allow the parties to more narrowly define the issues for the court in its joint letter, the parties request the

Court provide the parties with additional time to file a joint letter. Additionally, the parties request additional time to resolve any outstanding discovery issues that remain thereafter.

 IT IS THEREFORE STIPULATED AND AGREED that to the extent there remain any outstanding discovery disputes, the parties' current deadline to file a joint letter shall be continued until September 24, 2012.

 **IT IS SO STIPULATED.**

Date: September 14, 2012

Respectfully submitted,

NORTH BAY LAW GROUP

By /s/David S. Harris
   David S. Harris

Attorneys for Plaintiffs
NICOLA COVILLO, TROYREAC HENRY, and JOHN CHISHOLM

Date: September 14, 2012

JACKSON LEWIS LLP

By /s/Punam Sarad
   Punam Sarad

Attorneys for Defendants
SPECIALTY'S CAFE AND BAKERY, INC., and CRAIG SAXTON

**IT IS HEREBY ORDERED AS FOLLOWS:**

 To the extent the parties are unable to resolve all discovery disputes through the continued meet and confer process, the parties shall file a joint letter on or before September 24, 2012.

DATED: September 17, 2012

_____
Honorable Donna M. Ryu
*United States Magistrate Judge*

STIPULATION AND [PROPOSED] ORDER
Case No.: 11-CV-00594-DMR