UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICOLA COVILLO, *et al.*,

        Plaintiffs,

   v.

SPECIALTYS CAFÉ, *et al.*,

        Defendants.

_____/

No. C 11-00594 DMR

**ORDER RE SEPTEMBER 24, 2012 JOINT DISCOVERY LETTER**

Before the court is the parties' September 24, 2012 joint discovery letter. [Docket No. 104.] The court held a hearing on the matter on October 11, 2012, at which the parties were represented by counsel. This order memorializes the rulings made on the record at the hearing.

**I.    Contact Information for Putative Class Members**

In connection with their request for contact information for putative class members, Plaintiffs clarified at the hearing that they do not object to the mailing of an opt-out or "*Pioneer*" notice to putative class members at their expense. *See Pioneer Elecs., Inc. v. Superior Court*, 40 Cal. 4th 360 (2007). Defendants do not dispute the discoverability of the contact information. Instead, Defendants argue that the requested discovery is inappropriate at this time, in light of their motion to stay the litigation pending the resolution of their appeal of this court's denial of their motion to

compel arbitration. Given the court's denial of the motion to stay[1], the court orders the parties to mail a *Pioneer* letter to putative class members by October 15, 2012, absent administrative delays outside of the control of either party. Given the parties' agreement to a *Pioneer* opt-out procedure for the disclosure of putative class members' contact information, the court does not reach the question of whether such a procedure is required.

**II.     Email Correspondence**

The parties are ordered to meet and confer as directed regarding a list of search terms to use for Defendants' production of requested email correspondence. If any disputes remain regarding this issue after meeting and conferring, the parties shall submit a joint letter by no later than November 8, 2012. Any resulting joint letter shall not exceed three pages.

**III.     TMx Timekeeping Records**

The parties are ordered to submit a further joint letter regarding Defendants' production of requested TMx timekeeping data during the time period when the system was being tested, specifically addressing the relevance of test period data and the burden of producing the same, by no later than October 25, 2012. The joint letter shall not exceed three pages.

**IV.     Privilege Log**

Upon the withholding of any documents on the basis of any privilege, Defendants shall promptly serve a privilege log in accordance with the court's Standing Order re Discovery.

IT IS SO ORDERED.

Dated: October 15, 2012



_____
DONNA M. RYU
United States Magistrate Judge

---

[1] The court will issue a separate order on Defendants' motion to stay the litigation.