1  Alan Harris (SBN 146079)
   HARRIS & RUBLE
2  6424 Santa Monica Boulevard
   Los Angeles, California 90038
3  Telephone: (323) 962-3777

4  Attorneys for Plaintiffs
   NICOLA COVILLO, TROYREAC HENRY,
5  and JOHN CHISHOLM

6  Robert M. Pattison (SBN 103528)
   JoAnna L. Brooks (SBN 182986)
7  Punam Sarad (SBN 217091)
   David T. Wang (SBN 275015)
8  JACKSON LEWIS LLP
9  199 Fremont Street, 10th Floor
   San Francisco, California 94105
10 Telephone: (415) 394-9400
   Facsimile: (415) 394-9401
11

12 Attorneys for Defendants
   SPECIALTY'S CAFE AND BAKERY, INC.,
13 and CRAIG SAXTON

14 [ADDITIONAL COUNSEL LISTED ON
   FINAL PAGE]
15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18 NICOLA COVILLO, TROYREAC HENRY       Case No.  11-CV-00594-DMR
   and JOHN CHISHOLM, individually and on
19 behalf of all others similarly situated,   **STIPULATION AND [PROPOSED]
                                              ORDER CONTINUING DEADLINE TO
20                 Plaintiffs,                FILE JOINT LETTER REGARDING TMx
                                              Data** AS MODIFIED
21      v.

22 SPECIALTY'S CAFE AND BAKERY, INC.,
   and CRAIG SAXTON,
23
                   Defendants.
24

25      The parties hereby stipulate as follows:

26      On September 24, 2012, Plaintiffs and Defendants filed a joint discovery letter with the

27 Court addressing several issues including TMx data. On October 11, 2012 the Court held a

28 hearing to address this issue. After the hearing, on October 15, 2012, the Court issued an Order

requesting the parties to file a "further joint letter regarding Defendants' production of requested TMx timekeeping data during the time period when the system was being tested, specifically addressing the relevance of test period data and the burden producing the same, by no later than October 25, 2012." See Docket No. 108.

Defendant is continuing to gather information to address the Court's concerns regarding the relevance and burden of producing the TMx timekeeping data related to hours worked during the test phase. As such, the parties request the Court provide the parties with additional time to file a joint letter on issues related to the production of TMx timekeeping data.

IT IS THEREFORE STIPULATED AND AGREED that the parties' current deadline to file a joint letter regarding the requested TMx timekeeping data shall be continued from October 25, 2012 to November 1, 2012.

**IT IS SO STIPULATED.**

Date: October 22, 2012                    Respectfully submitted,

                                          NORTH BAY LAW GROUP


                                          By    /s/David S. Harris
                                                David S. Harris

                                          Attorneys for Plaintiffs
                                          NICOLA COVILLO, TROYREAC HENRY,
                                          and JOHN CHISHOLM

Date: October 22, 2012                    JACKSON LEWIS LLP


                                          By    /s/Robert M. Pattison
                                                Robert M. Pattison

                                          Attorneys for Defendants
                                          SPECIALTY'S CAFE AND BAKERY, INC.,
                                          and CRAIG SAXTON

**IT IS HEREBY ORDERED AS FOLLOWS:**

The parties shall file a joint letter regarding the requested TMx timekeeping data on or before November 1, 2012. No further extensions will be granted.

DATED: October 23, 2012

_____
Honorable Donna M. Ryu
*United States Magistrate Judge*

STIPULATION AND [PROPOSED] ORDER                                    Case No.: 11-CV-00594-DMR