United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICOLA COVILLO,

    Plaintiff(s),

v.

SPECIALTYS CAFE,

    Defendant(s).
_____/

No. C-11-00594 DMR

**ORDER TO FILE JOINT STATEMENT OF UNDISPUTED FACTS**

The court is in receipt of Defendant Craig Saxton's motion for summary judgment. [Docket No. 137.] The court revised its Standing Order after the filing of this case in 2011, and it now provides that

> Motions for summary judgment shall be accompanied by a joint statement of the material facts not in dispute by citations to admissible evidence. If the parties are unable to reach complete agreement after meeting and conferring, they shall file a joint statement of the undisputed facts about which they do agree. Separate statements of undisputed facts shall not be filed and will not be considered by the court.

(Standing Order, rev. July 3, 2012.) Defendant Saxton did not file a joint statement of undisputed facts along with his motion for summary judgment. The parties are hereby ordered to meet and confer and to file a joint statement of undisputed facts in compliance with the current Standing

Order by no later than the date on which Plaintiffs' opposition to the motion for summary judgment is due.

IT IS SO ORDERED.

Dated: February 22, 2013



DONNA M. RYU
United States Magistrate Judge

2