SEYFARTH SHAW LLP
Francis J. Ortman III (State Bar No. 213202)
Justin T. Curley (State Bar No. 233287)
Emily E. Barker (State Bar No. 275166)
560 Mission Street, Suite 3100
San Francisco, California  94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549
E-mail: fortman@seyfarth.com
E-mail: jcurley@seyfarth.com
E-mail: ebarker@seyfarth.com

Attorneys for Defendants
SPECIALTY'S CAFÉ & BAKERY, INC.
and CRAIG SAXTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLA COVILLO and TROYREAC HENRY, JOHN CHISHOLM individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPECIALTY'S CAFÉ AND BAKERY, INC., and CRAIG SAXTON,<br><br>Defendants. | Case No. 11-cv-00594 DMR<br><br>**STIPULATION AND ORDER RE HEARING AND BRIEFING SCHEDULE RE DEFENDANT CRAIG SAXTON'S MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed: February 9, 2011<br>Trial Date:  None Set |

Pursuant to Local Rules 6-2 and 7-7, Defendant CRAIG SAXTON ("Saxton") and Plaintiffs NICOLA COVILLO, TROYREAC HENRY, and JOHN CHISHOLM ("Plaintiffs") hereby stipulate as follows:

    1.   The hearing on Saxton's Motion for Summary Judgment, Dkt. No. 137, shall be continued to May 9, 2013;

    2.   The current due date for Plaintiffs' Opposition to Saxton's Motion for Summary Judgment—March 7, 2013—is vacated.

1     3.    The parties shall meet and confer regarding the opposition and reply briefing schedule for Saxton's Motion for Summary Judgment, and potentially continuing the May 9, 2013 hearing date, following the Court's March 14, 2013 hearing on Plaintiffs' Motion to Enforce Discovery Order and for Issue Preclusion Sanctions.

**IT IS SO STIPULATED.**

DATED: March 5, 2013           /s/ Alan Harris
HARRIS & RUBLE
Alan Harris
Priya Mohan
Attorneys for Plaintiffs
NICOLA COVILLO, TROYREAC HENRY, and JOHN CHISHOLM, individually and on behalf of all others similarly situated

DATED: March 5, 2013           /s/ David S. Harris
NORTH BAY LAW GROUP
David S. Harris
Attorneys for Plaintiffs individually and on behalf of all others similarly situated

DATED: March 5, 2013           /s/ James D. Rush
Law Offices of James D. Rush, APC
James D. Rush
Attorneys for Plaintiffs individually and on behalf of all others similarly situated

DATED: March 5, 2013           /s/ Justin T. Curley
SEYFARTH SHAW LLP
Francis J. Ortman III
Justin T. Curley
Emily E. Barker
Attorneys for Defendants
SPECIALTY'S CAFÉ & BAKERY, INC. and CRAIG SAXTON

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  3/6/2013           _____
HONORABLE DONNA M. RYU
United States Magistrate Judge

# EXHIBIT A: DECLARATION OF JUSTIN T. CURLEY

I, Justin T. Curley, declare:

1. I am an attorney admitted to practice law in the state of California, and am an associate with the law firm of Seyfarth Shaw LLP, attorneys of record for Defendants Specialty's Café and Bakery, Inc. and Craig Saxton.  I make this declaration based on my personal knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.  If called to do so, I could and would testify competently thereto.

2. I make this declaration in support of the parties' Stipulation and Proposed Order Re Hearing and Briefing Schedule Re Defendant Craig Saxton's Motion for Summary Judgment.

3. The reason for the requested time modification is to enable the parties to obtain further direction from the Court regarding production of e-mails and to allow Plaintiffs adequate time to review the e-mails for their opposition.

4. There have been several prior stipulations and orders in this action extending time, for example, to complete ADR and to submit Joint Discovery Letters.  Most of the stipulations have been to extend time to submit Joint Discovery Letters to the Court, so as to provide the parties additional time to meet and confer and potentially resolve discovery disputes.  *See* Dkt. Nos. 7, 22, 34, 38, 44, 49, 51, 54, 57, 71, 84, 92, 96, 101, 110.

5. The requested time modification regarding Mr. Saxton's Motion for Summary Judgment should have no effect on the schedule for this case.  It will not affect any other court-ordered deadlines.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 5, 2013 in San Francisco, California.

/s/ Justin T. Curley
Justin T. Curley

15345352v.1