UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICOLA COVILLO,

        Plaintiff(s),

    v.

SPECIALTYS CAFE,

        Defendant(s).

_____/

No. C-11-00594 DMR

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The court has received the parties' notice of settlement. [Docket No. 159.] The April 10, 2013 Case Management Conference is hereby VACATED.

    IT IS SO ORDERED.

Dated: March 27, 2013

DONNA M. RYU
United States Magistrate Judge