**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11   NICOLA COVILLO,                          No. C-11-00594 DMR

12              Plaintiff(s),                 **ORDER VACATING CASE**
                                              **MANAGEMENT CONFERENCE**
13        v.

14   SPECIALTYS CAFE,

15              Defendant(s).

16   _____/

17   TO ALL PARTIES AND COUNSEL OF RECORD:

18        The court has received the parties' notice of settlement. [Docket No. 159.] The April 10,

19   2013 Case Management Conference is hereby VACATED.

20

21        IT IS SO ORDERED.

22

23   Dated:  March 27, 2013

24                                            _____
                                              DONNA M. RYU
25                                            United States Magistrate Judge

26

27

28