UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLA COVILLO, | No. C-11-00594 DMR |
| Plaintiff(s), | **ORDER TO PROVIDE STATUS REPORT** |
| v. | |
| SPECIALTYS CAFE, | |
| Defendant(s). | |

On March 26, 2013, the parties filed a notice of settlement. [Docket No. 159.] By no later than May 17, 2013, the parties shall file a joint statement advising the court of the status of the settlement.

IT IS SO ORDERED.

Dated: May 6, 2013

IT IS SO ORDERED

DONNA M. RYU
United States Magistrate Judge