UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICOLA COVILLO, *et al.*,

    Plaintiffs,

v.

SPECIALTYS CAFÉ, *et al.*,

    Defendants.
_____/

No. C-11-00594 DMR

**ORDER TO SUBMIT PROPOSED ORDER RE MOTION**

On June 20, 2013, Plaintiffs filed a motion for preliminary approval of a class action settlement and conditional certification of a settlement class. They filed their brief and declarations in support of the motion on June 24, 2013, but did not include a proposed order. Pursuant to Local Rule 7-2(c), unless excused by the judge who will hear the motion, each motion must be accompanied by a proposed order. Plaintiffs are hereby ordered to submit a proposed order on their motion for preliminary approval by no later than **July 18, 2013.**

IT IS SO ORDERED.

Dated: July 17, 2013



_____
DONNA M. RYU
United States Magistrate Judge