|   |   |
|---|---|
| 1 | HARRIS & RUBLE |
|   | Alan Harris (State Bar No. 146079) |
| 2 | Priya Mohan (State Bar No. 228984) |
|   | 6424 Santa Monica Boulevard |
| 3 | Los Angeles, California 90038 |
|   | Telephone:  (323) 962-3777 |
| 4 | Facsimile:  (323) 962-3004 |
| 5 | Attorneys for Plaintiffs |
|   | NICOLA COVILLO, TROYREAC HENRY |
| 6 | and JOHN CHISHOLM |
| 7 | SEYFARTH SHAW LLP |
|   | Francis J. Ortman III (State Bar No. 213202) |
| 8 | Justin T. Curley (State Bar No. 233287) |
|   | Emily E. Barker (State Bar No. 275166) |
| 9 | 560 Mission Street, Suite 3100 |
|   | San Francisco, California 94105 |
| 10 | Telephone: (415) 397-2823 |
| 11 | Attorneys for Defendants |
|   | SPECIALTY'S CAFE AND BAKERY, INC., |
| 12 | and CRAIG SAXTON |
| 13 | [ADDITIONAL COUNSEL LISTED ON NEXT PAGE] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NICOLA COVILLO and TROYREAC HENRY, individually and on behalf of all others similarly situated, | Case No. 4:11-cv-00594 DMR |
|---|---|
| Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING PLAINTIFFS' DEADLINE TO SUBMIT SUPPLEMENTAL PAPERS IN SUPPORT OF MOTION FOR PRELIMINIARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. |  |
| SPECIALTY'S CAFÉ AND BAKERY, INC., CRAIG SAXTON and DAWN SAXTON, |  |
| Defendants. |  |

David S. Harris (State Bar No. 215224)
NORTH BAY LAW GROUP
116 E. Blithedale Avenue, Suite 2
Mill Valley, California 94941-2024
Telephone: (415) 388-8788
Facsimile: (415) 388-8770
E-mail: dsh@northbaylawgroup.com

James D. Rush (State Bar No. 240284)
LAW OFFICES OF JAMES D. RUSH, APC
7665 Redwood Boulevard, Suite 200
Novato, California 94945
Telephone: (415) 897-4801
Facsimile: (415) 897-5316
E-mail: jr@rushlawoffices.com

Additional Attorneys for Plaintiffs
NICOLA COVILLO, TROYREAC HENRY
and JOHN CHISHOLM

## **STIPULATION**

The parties hereby stipulate as follows:

WHEREAS, on July 25, 2013, Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Conditional Certification of Settlement Class ("Motion for Preliminary Approval") came on for hearing before the Honorable Magistrate Donna M. Ryu;

WHEREAS, at the hearing on the Motion for Preliminary Approval the Court requested that Plaintiffs provide supplemental information and modified Claim Forms and Notice in order for the Court and putative class members to better analyze and evaluate the proposed settlement. Additionally, the Court requested that a proposed claims administrator provide a detailed declaration of how they will calculate each class member's individual settlement amount based on the various subclasses, as well as detailed information regarding how notice will be sent to the class members;

WHEREAS, on July 25, 2013, the Court issued a Minute Order requiring Plaintiffs to file supplemental papers addressing the Court's concerns on or before August 26, 2013, and that Defendants shall file any Opposition or Statement of Non-Opposition by September 3, 2013;

WHEREAS, Plaintiffs counsel has been working to address all of the Court's concerns but needs additional time to finalize the most recently updated class information and provide it to the various claims administrators in order for them to finalize quotes for administration, as well as to

provide a Claims Administrator declaration that details the information the Court has requested. Additionally, the parties are in the process of finalizing a modified Claim Form and Notice that provides the additional information requested by the Court;

WHEREAS, in order to allow the parties to finalize providing the Court with all of the requested information and modified forms, the parties request that the Court extend by one-week, Plaintiffs' deadline to file supplemental papers and Defendants' deadline to file any Opposition or Statement of Non-Opposition thereto; and

WHEREAS, in providing the additional time Plaintiffs hope and expect that the parties will be able to provide a Joint submission, and there will no need for a Defendants' Opposition or Statement of Non-Opposition.

IT IS THEREFORE STIPULATED AND AGREED that Plaintiffs shall file supplemental papers in support of the Motion For Preliminary Approval addressing the Court's comments on or before September 3, 2013.  Defendants shall file an Opposition or Statement of Non-Opposition on or before September 10, 2013.

**IT IS SO STIPULATED.**

Respectfully submitted,

Date:  August 26, 2013        NORTH BAY LAW GROUP

By_____/s/_____
        David Harris

Attorneys for Plaintiffs
NICOLA COVILLO and TROYREAC HENRY

Date:  August 26, 2013        SEYFARTH SHAW LLP

By_____/s/_____
        Justin Curley

Attorneys for Defendants
SPECIALTY'S CAFE AND BAKERY, INC., and CRAIG SAXTON

3

Case No. 4:11-cv-00594 DMR

# [PROPOSED] ORDER

**IT IS HEREBY ORDERED AS FOLLOWS:**

Plaintiffs shall file supplemental papers in support of the Motion for Preliminary Approval on or before September 3, 2013. Defendants shall file an Opposition or Statement of Non-Opposition on or before September 10, 2013.

DATED: August 26, 2013



Honorable Donna M. Ryu
United States Magistrate Judge