United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11   NICOLA COVILLO,                        No. C-11-00594 DMR

12              Plaintiff(s),               **ORDER TO SUBMIT PROPOSED
                                            FINAL JUDGMENT**
13        v.

14   SPECIALTYS CAFE,

15              Defendant(s).
     _____/
16

17        On March 6, 2014, the court granted Plaintiffs' motion for final approval of class action

18   settlement.  [Docket No. 195.]  The parties' settlement agreement provides that "after the Court's

19   final approval of this settlement, judgment shall be entered, subject to the continuing jurisdiction of

20   the Court . . ."  (Harris Decl., Sept. 10, 2013 Ex. 1 § 5.)  Accordingly, by no later than March 14,

21   2014, the parties shall submit a stipulated proposed final judgment.

22

23        IT IS SO ORDERED.

24

25   Dated:  March 10, 2014

26

27                                          _____
                                            DONNA M. RYU
                                            United States Magistrate Judge
28