UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLA COVILLO, TROYREAC HENRY, JOHN CHISHOLM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPECIALTY'S CAFE AND BAKERY, INC., a corporation, and CRAIG SAXTON, an individual,<br><br>Defendants. | Case No. 11-cv-00594-DMR<br><br>[~~PROPOSED~~] STIPULATED JUDGMENT<br><br>Judge: Hon. Donna M. Ryu<br><br>Complaint Filed: February 9, 2011 |

The Court, on March 6, 2014, issued its Order Granting Motion for Final Approval of Class Action Settlement and Granting in Part Plaintiffs' Motion for Attorneys' Fees, Costs, and Incentive Awards ("Order Granting Final Approval"). Dkt. No. 195.

Pursuant to Federal Rule of Civil Procedure 58, the Parties hereby stipulate that the Court shall ORDER ENTRY OF JUDGMENT as follows:

1. The Settlement Class as to whom this Judgment applies is defined as: "All non-exempt employees who were employed by Specialty's within California from four years prior to the filing of the February 9, 2011 Complaint to the date of entry of preliminary approval of the Settlement Agreement [October 25, 2013]."

2. The Parties shall comply with the terms and conditions of the Class Action Settlement Agreement and the Order Granting Final Approval.  Upon such compliance, and in accordance with the terms of the Order Granting Final Approval, the matter and the Complaint on file herein shall be dismissed in its entirety, with prejudice.

3. The Settlement Class members are barred and enjoined from prosecuting the Released Claims against the Released Parties, as those terms are defined in the Class Action Settlement Agreement.

4. The Court shall retain jurisdiction over the case to enforce the terms of this Judgment.

**IT IS SO STIPULATED.**

DATED: March 14, 2014                    /s/ Alan Harris
                                         HARRIS & RUBLE
                                         Alan Harris
                                         Priya Mohan

DATED: March 14, 2014                    /s/ David S. Harris
                                         NORTH BAY LAW GROUP
                                         David S. Harris

DATED: March 14, 2014                    /s/ James D. Rush
                                         Law Offices of James D. Rush, APC
                                         James D. Rush

                                         Attorneys for Plaintiffs

DATED: March 14, 2014                    /s/ Justin T. Curley
                                         SEYFARTH SHAW LLP
                                         Francis J. Ortman III
                                         Justin T. Curley

                                         Attorneys for Defendants

**IT IS SO ORDERED <u>AND ADJUDGED</u> that Judgment is entered in accordance with the Order Granting Plaintiffs' Motion for Final Approval filed on March 6, 2014.  The Clerk of the Court is directed to close the case file.**

Dated: March 19, 2014                    _____
                                         HON. DONNA M. RYU
                                         United States Magistrate Judge